# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO AYON-DIAZ,<br>Defendant. | CASE NO.:  22-cr-0266-JLS<br>              21-cr-2179-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING AND SUPERVISED RELEASE REVOCATION HEARING |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue defendant's Motion Hearing/Trial Setting scheduled for April 15, 2022, to **May 20, 2022, at 1:45 p.m.** is **granted**. To allow the Revocation of Supervised Release hearing in 21cr2179 to trail this matter, IT IS HEREBY ORDERED that the Revocation hearing is continued to May 20, 2022, at 1:45 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated:  April 13, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge